NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5014

SPARTON CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

ON MOTION

ORDER

Upon consideration of Sparton Corporation's motion for an extension of time, until April 7, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Steven Kreiss, Esq.
     Gary L. Hausken, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK